B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Eastern District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bost Distributing Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-1569509** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2209 Boone Trail Road**<br>**Highway 421**<br>**Sanford, NC**　　　　　　ZIP Code **27330** | Street Address of Joint Debtor (No. and Street, City, and State):<br>　　　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Post Office Box 447**<br>**Sanford, NC**　　　　　　ZIP Code **27331** | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7　　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9　　　　of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13　　　of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,　　■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as　　　　business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                            **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bost Distributing Company, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☐     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____<br>
        (Name of landlord that obtained judgment)

        _____<br>
        (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                                Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Bost Distributing Company, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Travis Sasser**
Signature of Attorney for Debtor(s)

**Travis Sasser 26707**
Printed Name of Attorney for Debtor(s)

**Sasser Law Firm**
Firm Name

**2000 Regency Parkway**
**Suite 230**
**Cary, NC 27518**

Address

**Email: tsasser@carybankruptcy.com**
**919.319.7400  Fax: 919.657.7400**
Telephone Number

**September 22, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Bost**
Signature of Authorized Individual

**James Bost**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 22, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re __Bost Distributing Company, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alliance Dunbar Sales Co. Attn: Eddie Andrews 4596 Valleydale Road, Suite 10 Birmingham, AL 35242 | Alliance Dunbar Sales Co. 4596 Valleydale Road, Suite 10 Birmingham, AL 35242 205-980-9830 | Account | | 33,363.08 |
| Alma Bost 1217 Cabines Drive Sanford, NC 27331 | Alma Bost 1217 Cabines Drive Sanford, NC 27331 | Loan | | 144,000.00 |
| Artie Cray Attn: Managing agent 10035 Berry Pond Lane Mechanicsville, VA 23116 | Artie Cray 10035 Berry Pond Lane Mechanicsville, VA 23116 804-350-9602 | Account | | 36,000.00 |
| Capital Bank Attn: John McGeary 9632 Chapel Hill Road Morrisville, NC 27560 | Capital Bank 9632 Chapel Hill Road Morrisville, NC 27560 1-800-639-5111 | Trademarks formally owned by North State Packing Note originally $2,500,000. Resale value | | 2,923,241.50 (0.00 secured) |
| Capital Bank Attn: John McGeary 9632 Chapel Hill Road Morrisville, NC 27560 | Capital Bank Attn: John McGeary 9632 Chapel Hill Road Morrisville, NC 27560 | All assets | | 894,103.37 (0.00 secured) |
| Capital Bank Attn: John McGeary 9632 Chapel Hill Road Morrisville, NC 27560 | Capital Bank 9632 Chapel Hill Road Morrisville, NC 27560 1-800-639-5111 | Equipment All assets of Bost Distributing, North State Packing, and Foell Packing Note 1: originally $325,000. Note 2: originally $95,000. Locatio | | 82,285.32 (0.00 secured) (61,500.77 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bost Distributing Company, Inc.**                  Case No.       _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital Bank**<br>**Attn: John McGeary**<br>**9632 Chapel Hill Road**<br>**Morrisville, NC 27560** | **Capital Bank**<br>**9632 Chapel Hill Road**<br>**Morrisville, NC 27560**<br>**1-800-639-5111** | **Equipment**<br>**All assets of Bost Distributing, North State Packing, and Foell Packing Note 1: originally $325,000. Note 2: originally $95,000. Locatio** | | **61,500.77**<br><br>**(0.00 secured)** |
| **Jason's Foods**<br>**Attn: Andrew Wink**<br>**208 East Helen Road**<br>**Palatine, IL 60067** | **Jason's Foods**<br>**208 East Helen Road**<br>**Palatine, IL 60067**<br>**847-358-9901** | **Account** | | **34,708.50** |
| **On-Shelf Marketing Group, LLC**<br>**Attn: Managing agent**<br>**941 Matthews Mint Hill Road**<br>**Matthews, NC 28105** | **On-Shelf Marketing Group, LLC**<br>**941 Matthews Mint Hill Road**<br>**Matthews, NC 28105**<br>**704-815-1343** | **Account** | | **32,597.15** |
| **Sellethics**<br>**Attn: Terry Peters**<br>**941 Matthews Mint Hill Road**<br>**Matthews, NC 28105** | **Sellethics**<br>**941 Matthews Mint Hill Road**<br>**Matthews, NC 28105**<br>**864-286-8900** | **Account** | | **51,845.61** |
| **Sunny Seafoods, Inc.**<br>**Attn: Managing agent**<br>**11-13 Sunflower Avenue**<br>**Paramus, NJ 07652** | **Sunny Seafoods, Inc.**<br>**11-13 Sunflower Avenue**<br>**Paramus, NJ 07652**<br>**201-670-4000** | **Account** | | **35,339.00** |
| **The Finley Group**<br>**Southpark Towers**<br>**6100 Fairview Road, Suite 1220**<br>**Charlotte, NC 28210** | **The Finley Group**<br>**6100 Fairview Road, Suite 1220**<br>**Charlotte, NC 28210**<br>**704-375-7542** | **Account** | | **46,093.50** |
| **Trigild Incorporated**<br>**Attn: Managing agent**<br>**9339 Genesee Avenue, #130**<br>**San Diego, CA 92121** | **Trigild Incorporated**<br>**9339 Genesee Avenue, #130**<br>**San Diego, CA 92121**<br>**858-242-1222** | **Account** | | **61,127.00** |
| **Violet Portfolio**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | **Violet Portfolio**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808**<br>**302-636-5401** | **Equipment**<br>**All assets of Bost Distributing, North State Packing, and Foell Packing Note 1: originally $325,000. Note 2: originally $95,000. Locatio** | | **59,802.80**<br>**(0.00 secured)**<br>**(1,250,868.61 senior lien)** |
| **Violet Portfolio**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | **Violet Portfolio**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808**<br>**302-636-5401** | **Account** | | **92,489.30** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bost Distributing Company, Inc.**                                   Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>306-636-5401 | Can seamers - Angelus 60L. (2) Waukeshaw food pumps (2) | | 62,776.88<br><br>(0.00 secured) |
| Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>302-636-5401 | Account | | 62,626.26 |
| Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>302-636-5401 | Equipment<br>All assets of Bost Distributing, North State Packing, and Foell Packing<br>Note 1: originally $325,000. Note 2: originally $95,000. Locatio | | 716,744.47<br>(0.00 secured)<br>(534,124.14 senior lien) |
| Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Violet Portfolio<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>302-636-5401 | Equipment<br>All assets of Bost Distributing, North State Packing, and Foell Packing<br>Note 1: originally $325,000. Note 2: originally $95,000. Locatio | | 390,338.05<br>(0.00 secured)<br>(143,786.09 senior lien) |
| Ward & Smith, P.A.<br>Attn: Troy Smith<br>PO Box 8088<br>Greenville, NC 27835-8088 | Ward & Smith, P.A.<br>PO Box 8088<br>Greenville, NC 27835-8088<br>252-672-5400 | Account | | 43,106.52 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 22, 2014**                          Signature   **/s/ James Bost**

                                                                    **James Bost**
                                                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Bost Distributing Company, Inc.**

                                         Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 22, 2014**          **/s/ James Bost**

                                             **James Bost**/President
                                             Signer/Title

Date:   **September 22, 2014**          **/s/ Travis Sasser**

                                             Signature of Attorney
                                             **Travis Sasser**
                                             **Sasser Law Firm**
                                           **2000 Regency Parkway**
                                           **Suite 230**
                                           **Cary, NC 27518**
                                         **919.319.7400   Fax: 919.657.7400**

Advanced Equipment Company
Attn: Managing agent
102 Commonwealth Court
Cary, NC 27511

Capital Bank
Attn: John McGeary
9632 Chapel Hill Road
Morrisville, NC 27560

Harlow-HRK Sales & Marketing, In
Attn: Managing agent
2501 Neff Road
Dayton, OH 45414-5001

Alliance Dunbar Sales Co.
Attn: Eddie Andrews
4596 Valleydale Road, Suite 10
Birmingham, AL 35242

Creative Energy Group
Attn: Managing agent
Nine Pack Square SW, #204
Asheville, NC 28801

Holland Sales, Inc.
Attn: Managing agent
621 Dorado Circle
High Point, NC 27265-9501

Ally Automotive Financing
Attn: Managing Agent/Bankruptcy
PO Box 380901
Minneapolis, MN 55438

Crossmark, Inc.
Attn: Managing agent
5100 Legacy Drive
Raleigh, NC 27603-2400

Intellectual Property Consulting
Attn: Russell Parr
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123

Alma Bost
1217 Cabines Drive
Sanford, NC 27331

Dale Keener
Attn: Managing agent
3504 Falls River Avenue
Raleigh, NC 27614

J&A Sales
Attn: Managing agent
2475 Waccamaw Shores Road
Lake Waccamaw, NC 28450

Artie Cray
Attn: Managing agent
10035 Berry Pond Lane
Mechanicsville, VA 23116

Defense Commissary Agency
Attn: Managing agent
3571 Butner Road, #8-5476
Fort Bragg, NC

Jason's Foods
Attn: Andrew Wink
208 East Helen Road
Palatine, IL 60067

Ball Packaging Corporation
Attn: Managing agent
10 Longs Peak Drive
Broomfield, CO 80021

Ellis & Winters
Attn: Chuck Anderson
PO Box 33550
Raleigh, NC 27636

KFM, Inc.
Attn: Managing agent
N77W31202
Hartland, WI 53029

Bi-Lo
Attn: Managing agent
Post Office Box 99
Mauldin, SC 29662

First Bank
Attn: David Foushee
1333 Plaza Blvd., PO Box 926
Troy, NC 27371

Lee County Public Schools
106 Gordon Street
PO Box 1010
Sanford, NC 27330

Broadway Optimist Club
Attn: Tommy Rosser
1805 Rice Road
Sanford, NC 27330

Gains Oil Company
Attn: Managing agent
Post Office Box 421
Goldston, NC 27252

MECO, Inc.
Attn: Kevin Kirpes
229 Logan Court
King, NC 27021-9410

C&W Wholesale Grocers
Attn: Managing agent
7 Corporate Drive
Keene, NH 03431

Haddonfield Food, Inc.
Attn: Managing agent
Post Office Box 1153
Haddonfield, NJ 08033

Microbac Laboratories
Attn: Managing agent
101 Bellevue Road, Suite 301
Pittsburgh, PA 15229-2132

Morrison & Associates, PA
Attn: Mike Morrison
1401 Winchester Avenue
Ashland, KY 41101

Sellethics
Attn: Terry Peters
941 Matthews Mint Hill Road
Matthews, NC 28105

Ward & Smith, P.A.
Attn: Troy Smith
PO Box 8088
Greenville, NC 27835-8088

Mullins Sherman Architects
Attn: Managing agent
1503 Old Carbonton Road
Sanford, NC 27330

Southern Family Markets, LLC
Attn: Managing agent
7 Corporate Drive
Keene, NH 03431-5042

Welsh Corrugated Container, LLC
Attn: Managing agent
400 Park Avenue
Youngsville, NC 27596

Northern Bue, LLP
Attn: Managing Agent/Bankruptcy
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517

Sunny Seafoods, Inc.
Attn: Managing agent
11-13 Sunflower Avenue
Paramus, NJ 07652

On-Shelf Marketing Group, LLC
Attn: Managing agent
941 Matthews Mint Hill Road
Matthews, NC 28105

The Finley Group
Southpark Towers
6100 Fairview Road, Suite 1220
Charlotte, NC 28210

Parker Poe
Attn: J. Caleb Thomas
150 Fayetteville Street, Suite 1400
Raleigh, NC 27601

The Sigmon Law Firm
Attn: Managing Agent/Bankruptcy
PO Box 17249
Raleigh, NC 27619-7249

Sabal Financial Group, L.P.
Attn: Managing Agent/Bankruptcy
465 North Halstead, Suite 105
Pasadena, CA 91107

Thomco, Inc.
Attn: Managing agent
307 Pomona Drive
Greensboro, NC 27407

Sam's Club
Attn: Managing Agent
Post Office Box 981400
El Paso, TX 79998-1400

Tom Densmore
Attn: Managing agent
9818 Mid Pines Court
Montgomery, AL 36117

Sandifer and Company
Attn: Managing agent
3708 Mayfair Street, Suite 100
Durham, NC 27707

Trigild Incorporated
Attn: Managing agent
9339 Genesee Avenue, #130
San Diego, CA 92121

Sanford Area Chamber of Commerce
Attn: Managing agent
229 Carthage Street
Sanford, NC 27330

Violet Portfolio
2711 Centerville Road, Suite 400
Wilmington, DE 19808

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Bost Distributing, Co.**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, James H. Bost, Jr. declare under penalty of perjury that I am the president and sole share holder of **Bost Distributing**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 22nd day of September, 2014.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that James H. Bost, Jr., President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James H. Bost, Jr., President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that James H. Bost, Jr., President of this Corporation is authorized and directed to employ **Travis Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case."

Date    **September 22, 2014**

Signed    /s/ James H. Bost, Jr.

James H. Bost, Jr.

Resolution of Board of Directors
of
**Bost Distributing**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that James H. Bost, Jr., President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James H. Bost, Jr., President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that James H. Bost, Jr., President of this Corporation is authorized and directed to employ **Travis Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case.

| Date | **September 22, 2014** | Signed | **/s/ James H. Bost, Jr.** |
| --- | --- | --- | --- |
| | | | **James H. Bost, Jr.** |